UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM PAUL STREGE,<br><br>    Plaintiff,<br><br>    v.<br><br>SOCIAL SECURITY, et al.,<br><br>    Defendants. | Case No.  14-cv-04381-JST<br><br>**ORDER STRIKING DOCUMENT**<br><br>Re: ECF No. 13 |

On November 24, 2014, Plaintiff filed a document entitled, "Motion Fore Hearing With Written Words."  ECF No. 13.

On November 21, 2014, the Court granted Plaintiff *in forma pauperis* status but dismissed his complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B).  While the case has not been terminated – because Plaintiff may still file an amended complaint – there is currently no pending complaint or other basis for exercise of the Court's jurisdiction.  Therefore, the motion submitted at ECF No. 13 is hereby stricken.

Plaintiff is advised that there is helpful information for pro se litigants at http://cand.uscourts.gov/proselitigants, including the Northern District's Representing Yourself in Federal Court: A Handbook for Pro Se Litigants.  The handbook is also available free of charge at the Clerk's Office.

**IT IS SO ORDERED.**

Dated: December 3, 2014

_____
JON S. TIGAR
United States District Judge