UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAM PAUL STREGE,

    Plaintiff,

  v.

SOCIAL SECURITY, et al.,

    Defendants.

Case No. 14-cv-04381-JST

**ORDER DISMISSING AMENDED COMPLAINT UNDER 28 U.S.C. § 1915(E)(2)(B)**

Re: ECF No. 15

Pro se Plaintiff Adam Strege previously filed with the Court a complaint, ECF No. 1, and an application to proceed in forma pauperis. ECF No. 3. The Court granted Plaintiff's motion to proceed in forma pauperis, but screened the complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). ECF No. 12. In its order dismissing the complaint, the Court granted Plaintiff 21 days to amend his complaint. Id. at 2.

Plaintiff has now filed an Amended Complaint. ECF No. 15. Having reviewed the Amended Complaint, the Court still cannot discern any viable legal theory or grounds for relief. Because Plaintiff's complaint the lacks an arguable basis in law or fact, see Jackson v. Arizona, 885 F.2d 639, 640-41 (9th Cir. 1999), superseded by statute on other grounds as stated in Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir.2000), the Court will dismiss the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Court will also deny Plaintiff's Motion for Permission for Electronic Case Filing, ECF No. 5, as moot.

**IT IS SO ORDERED.**

Dated: January 8, 2015

                                                          JON S. TIGAR
                                                          United States District Judge